# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Alfred Antonio Wilson                    )         Case No:      16-31494-KRH
      Feda A Khateeb-Wilson                    )         Chapter 13

# MOTION TO DISMISS OR TRANSFER VENUE

COMES NOW, your Chapter 13 Trustee, and moves the Court to Dismiss or Transfer Venue in this case, and in support thereof states as follows:

1. The Debtors filed this case on March 28, 2016.

2. Based upon information and belief, the debtors have resided in Fluvanna County, Virginia for at least 3 years preceding the filing of this case.

3. The debtor, Alfred Wilson, filed a change of address to Goochland County, Virginia on March 28, 2016, the same day this case was filed.

3. Based upon information and belief, the Debtors have been employed in Charlottesville, Virginia for at least the past 2 years.

3. The debtors have not been domiciled nor have a residence, or principal place of business or principal assets in any of the Counties or Cities located in the Eastern District of Virginia for the 180 days or greater part of the 180 days preceding the filing of this case.

4. The trustee suggests that the venue is improper in Richmond, Virginia, and the case should be dismissed or transferred to the Western District of Virginia Bankruptcy Court.

WHEREFORE, the Chapter 13 Trustee, by Counsel, respectfully requests that the Court to Dismiss or transfer this Bankruptcy case to the Western District of Virginia Bankruptcy Court.

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSB #27815

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion was served by first-class mail, postage prepaid, April 18, 2016 to the Debtors, Alfred A. Wilson, at 3866 Three Chopt Road, Gum Spring, Virginia 23065; Feda A. Khateev-Wilson**,** at 225 Taylors Ridge Way, Palmyra, Virginia 22963.

      /s/Carl M. Bates
      Carl M. Bates
      Standing Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Alfred Antonio Wilson ) Case No: 16-31494-KRH
      Feda A  Khateeb-Wilson ) Chapter 13

### NOTICE OF MOTION AND NOTICE OF HEARING

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered dismissing or transferring this case to the proper venue of a Bankruptcy Court for Greensboro, North Carolina.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street
        Richmond, VA 23219

You must also mail a copy to:

        Carl M. Bates
        Chapter 13 Trustee
        P. O. Box 1819
        Richmond, Virginia 23218-1819

**Attend the Hearing scheduled to be held on <u>May 11, 2016</u>, at 11:30 <u>A.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Rm. 5000, Richmond, VA 23219.**

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

              <u>/s/Carl M. Bates</u>
              Carl M. Bates
              Standing Chapter 13 Trustee

### **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion was served by first-class mail, postage prepaid, April 18, 2016 upon the Debtors, Alfred A. Wilson, at 3866 Three Chopt Road, Gum Spring, Virginia  23065;  Feda A. Khateev-Wilson, at 225 Taylors Ridge Way, Palmyra, Virginia 22963.

              <u>//s/Carl M. Bates</u>
              Carl M. Bates
              Standing Chapter 13 Trustee